IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL HUMAN, | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | Case No. 4:23-cv-01271 |
| | ) | |
| vs. | ) | |
| | ) | |
| Brokers Solutions, and New American Funding, LLC , et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

*COMES NOW* Plaintiff, Daniel Human, and gives notice that the parties have reached a settlement in the above-captioned matter. The Parties anticipate that a notice of voluntary dismissal of this matter with prejudice will be filed in the next fourteen (14) days by the Plaintiff pending satisfaction of the terms of the Agreement by the Defendants.

Respectfully submitted,

/s/Edwin V. Butler, Esquire
Edwin V. Butler Mo. 32489
Attorney At Law
Butler Law Group, LLC
1650 Des Peres Rd., Suite 220
St. Louis, MO 63131
edbutler@butlerlawstl.com
(314) 504-0001
Attorney for the Plaintiff

Certificate of Service

I hereby certify that the above and foregoing Notice was served on the Defendants Counsel through the CM/ECF filing and notification system this date.

/s/Edwin V. Butler
Edwin V. Butler