IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL HUMAN, ) | |
| ) | |
|    Plaintiff/Counterclaim Defendant, ) | Case No. 4:23-cv-01271 HEA |
| ) | |
| vs. ) | |
| ) | |
| Brokers Solutions, and New American ) | |
| Funding, LLC , et al., ) | |
| ) | |
|    Defendants. ) | |

## DISMISSAL WITH PREJUDICE

***COMES NOW*** Plaintiff, Daniel Human, by and through counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby dismisses his claims and causes of action against New American Funding, LLC (f/k/a Broker Solutions, Inc.) with prejudice, with each party to bear their own costs and fees.

Respectfully submitted,

/s/Edwin V. Butler, Esquire
Edwin V. Butler Mo. 32489
Attorney At Law
Butler Law Group, LLC
1650 Des Peres Rd., Suite 220
St. Louis, MO 63131
edbutler@butlerlawstl.com
(314) 504-0001
Attorney for the Plaintiff

Certificate of Service

I hereby certify that the above and foregoing Notice was served on the Defendants Counsel through the CM/ECF filing and notification system this date.

/s/Edwin V. Butler
Edwin V. Butler